# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, Derivatively On Behalf Of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:20-CV-00557-VAB |
| Plaintiffs, | : | |
| v. | : | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : | |
| Defendants, | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Nominal Defendant. | : | AUGUST 17, 2021 |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:20-CV-00743-VAB |
| Plaintiff, | : | |
| v. | : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : | |
| | : | |
| Nominal Defendant. | : | AUGUST 17, 2021 |

| | | |
|---|---|---|
| RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:20-CV-00904-VAB |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Nominal Defendant. | : | AUGUST 17, 2021 |

| | | |
|---|---|---|
| RYAN B. MERHOLZ and NICHOLAS JIMENEZ, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:21-CV-00789-VAB |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : | |

|  |  |  |
|---|---|---|
| Defendants, | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : | |
| | : | |
|       Nominal Defendant. | : | AUGUST 17, 2021 |

| | | |
|---|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : : | CASE NO. 3:21-CV-00930-VAB |
|       Plaintiff, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : : : | |
|       Defendants, | : : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : : | |
|       Nominal Defendant. | : | AUGUST 17, 2021 |

| | | |
|---|---|---|
| JESSE REZENDES, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : : : | CASE NO. 3:21-CV-00793-VAB |
|       Plaintiff, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : : : | |
|       Defendants, | : : | |
|    -and- | : : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : : | |
|       Nominal Defendant | : | AUGUST 17, 2021 |

## NOTICE

Plaintiffs Ryan Merholz, Melvyn Klein, Daniel Kooi, Rodney Nordstrom, Nicholas Jimenez, City of Pontiac Police and Fire Retirement System, and Jesse Rezendes (collectively, ("Plaintiffs"), Proposed Intervenor Dennis Palkon ("Proposed Intervenor"), and Defendants Vincent K. McMahon, George A. Barrios, Michelle D. Wilson, Stephanie McMahon, Paul Levesque, Frank A. Riddick, III, Stuart U. Goldfarb, Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey R. Speed, Alan M. Wexler, Patricia A. Gottesman and Nominal Defendant World Wrestling Entertainment, Inc. (collectively, "Defendants") (and together with Plaintiffs and Proposed Intervenor, the "Parties") hereby provide notice to the Court that the Parties have reached agreement on the terms of a settlement that would resolve all claims in the above-captioned actions and are in the process of preparing settlement papers to be submitted to the Court within the next thirty (30) days.

In the interim, the Parties respectfully request that the Court hold in abeyance all pending decisions on all substantive motions currently pending before the Court, including the pending motion by Proposed Intervenor Dennis Palkon for permissive intervention (*see* ECF No. 68 in *Merholz, et al. v. McMahon, et al.*, No. 3:20-cv-00557-VAB), and a decision on whether certain of the Actions should be dismissed with prejudice following the Court's Ruling and Order on Motion to Dismiss (*see* ECF 82 in *Merholz, et al. v. McMahon, et al.*, No. 3:20-cv-00557-VAB).

| | |
|---|---|
| PLAINTIFFS RYAN MERHOLZ AND MELVIN KLEIN | DEFENDANTS VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, PATRICIA A. GOTTESMAN , and NOMINAL DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC. |

PLAINTIFFS RYAN MERHOLZ AND MELVIN KLEIN

By: */s/ Gregory M. Egleston*
Gregory M. Egleston (CT19709)
Thomas J. McKenna
GAINEY McKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com


PLAINTIFF DANIEL KOOI

By: */s/ Robert B. Weiser*
James M. Ficaro
THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Email: rw@weiserlawfirm.com
Email: jmf@weiserlawfirm.com

Jonathan M. Shapiro (CT433168)
AETON LAW PARTNERS LLP
101 Centerpoint Road, Suite 105
Middletown, CT 06475
Telephone: (860) 724-2160
Facsimile: (860) 724-2161
Email: jms@aetonlaw.com


PLAINTIFF RODNEY NORDSTROM

By: */s/ Fletcher Moore*
Fletcher Moore
Justin Kuehn
MOORE KUEHN, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (212) 709-8245
Email: fmoore@moorekuehn.com
Email: jkuehn@moorekuehn.com

DEFENDANTS VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, PATRICIA A. GOTTESMAN , and NOMINAL DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.

By: */s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Theodore V. Wells *(pro hac vice)*
Daniel J. Kramer *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: twells@paulweiss.com
Email: dkramer@paulweiss.com
Email: rtarlowe@paulweiss.com

Justin Anderson *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7300
Email: janderson@paulweiss.com

Matthew D. Stachel *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
500 Delaware Avenue, Suite 200
P.O. Box 32

PLAINTIFFS RYAN MERHOLZ AND
NICHOLAS JIMENEZ

By: */s/ Gregory M. Egleston*
Gregory M. Egleston (CT19709)
Thomas J. McKenna
GAINEY McKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com


PLAINTIFF CITY OF PONTIAC POLICE
AND FIRE RETIREMENT SYSTEM

By: */s/ Gregory M. Egleston*
Gregory M. Egleston (CT19709)
Thomas J. McKenna
GAINEY McKENNA & EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

Travis E. Downs III
Benny C. Goodman III
Erik W. Luedeke
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423
Email: travisd@rgrdlaw.com
Email: bennyg@rgrdlaw.com
Email: eluedeke@rgrdlaw.com

Wilmington, DE 19899-0032
Telephone: (302) 655-4410
Fax: (302) 655-4420
Email: mstachel@paulweiss.com

Jerry S. McDevitt *(pro hac vice)*
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com

PLAINTIFF JESSE REZENDES

By: */s/ Gregory M. Potrepka*
Gregory M. Potrepka (CT30056)
LEVI & KORSINSKY, LLP
1111 Summer Street
Stamford, CT 06905
T. (203) 992-4523
F. (212) 363-7171
gpotrepka@zlk.com

Gregory M. Nespole (*pro hac vice* forthcoming)
Daniel Tepper (*pro hac vice* forthcoming)
Ryan Messina (*pro hac vice* forthcoming)
LEVI & KORSINSKY, LLP
55 Broadway, 10thFloor
New York, NY 10006
T. (212) 363-7500
F. (212) 363-7171
gnespole@zlk.com
dtepper@zlk.com
rmessina@zlk.com


PROPOSED INTERVENOR DENNIS PALKON

/s/ *William H. Narwold*
William H. Narwold (CT 00133)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17thFloor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
E-mail: bnarwold@motleyrice.com

Brian J. Robbins (CT 417036)
Gregory E. Del Gaizo
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
gdelgaizo@robbinsllp.com

Mark Lebovitch
Daniel Meyer
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: markl@blbglaw.com
daniel.meyer@blbglaw.com

Richard A. Maniskas
RM LAW, P.C.
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone (484) 324-6800
Facsimile: (484) 631-1305
E-mail: rmaniskas@rmclasslaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on August 17, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

               */s/ Jeffrey P. Mueller*
               Jeffrey P. Mueller (ct27870)